# JS-6

NOTE: CHANGES MADE BY THE COURT

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>TEXAS TOWING AND HAULING LLC, a Texas Limited Liability Company; CHRISTOPHER SOTO, an individual,<br><br>Defendants. | Case No. 8:24-cv-00094-CJC(ADSx)<br><br>[Assigned to the Hon. Cormac J. Carney]<br><br>**JUDGMENT** |

# JUDGMENT

Pursuant to plaintiff Balboa Capital Corporation's ("Balboa") Motion for Default Judgment, and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), and good cause appearing, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter in favor of Balboa and against Defendants Texas Towing and Hauling LLC, a Texas limited liability company, and Christopher Soto, an individual, jointly and severally, in the total amount of **$223,229.30**; which represents: (1) the remaining monthly payments owed of $207,272.34; (2) costs in the amount of $603; (3) attorney fees in the amount of $7,745.44 for the EFA; and (4) $7,608.52 in prejudgment interest at the statutory rate of ten percent (10%) per annum, from November 21, 2023 (the date of breach) to April 3, 2024 for the EFA.

DATED: April 3, 2024

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

CC: FISCAL